JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVSION

| | |
|---|---|
| Jessica Gonzalez, | Case No.: 2:22-cv-00244-RSWL-AGRx |
| Plaintiff, | **ORDER** |
| vs. | |
| Midland Credit Management, Inc., | |
| Defendant. | |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: October 3, 2022    ___*/S/ RONALD S.W. LEW*___

                                   Hon. Ronald S. W. Lew